**FOURTH DIVISION**
**DILLARD, P. J.,**
**BROWN and MARKLE, JJ.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules

**October 28, 2019**

# In the Court of Appeals of Georgia

A17A0734. MATTA-TRONCOSO et al. v. TYNER.

DILLARD, Presiding Judge.

In *Tyner v. Matta-Troncoso et al.*,[1] the Supreme Court of Georgia reversed our decision in *Matta-Troncoso et al. v. Tyner*.[2] Accordingly, we adopt the judgment of the Supreme Court of Georgia as our own and affirm the trial court's grant of summary judgment in favor of Tyner.

*Judgment reversed. Brown and Markle, JJ., concur.*

---

[1] 305 Ga. 480 (826 SE2d 100) (2019).

[2] 343 Ga. App. 63 (806 SE2d 10) (2017).